B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# District Of Delaware

**Meriton Networks Inc.**
_____

**Debtor**

_____  **11**

Case No. (If known)    Chapter

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | OTHER |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | |
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 5 | $0.00 | | |
| C - Property Claimed As Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $2,386,476.53 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $350,000.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | |
| Total | | 11 | $0.00 | $2,736,476.53 | |

B6

B6A (Official Form 6A) (12/07)

In re   Meriton Networks, Inc.                                    Case No. _____
              _____                                    (If known)
                      Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, inlcuding all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

Total [                    ]

Subtotal               [            $0.00            ]
(Total of this page)

Page 1 of  1

B6B (Official Form 6B) (12/07)

| In re   Meriton Networks Inc. | Case No.: |
|---|---|
| Debtor. | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | X | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5.  BOOKS; PICTURES AND OTHER ART OBJECTS; ANTIQUES; STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |

B6B (Official Form 6B) (12/07)

| In re | Meriton Networks Inc. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7.  FURS AND JEWELRY. | x | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | x | | | |
| 9.  INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | x | | | |
| 10.  ANNUITIES. ITEMIZE AND NAME EACH ISSUER. | x | | | |
| 11.  INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(B)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(B)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(C).) | x | | | |
| 12.  INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. GIVE PARTICULARS. | x | | | |
| 13.  STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES. ITEMIZE. | | MERITON NETWORKS US INC. | | UNKNOWN |
| 13. | | MERITON NETWORKS CANADA, INC. | | UNKNOWN |

Page 2 of 5

B6B (Official Form 6B) (12/07)

| In re | Meriton Networks Inc. | | | | Case No.: | |
|---|---|---|---|---|---|---|
| | | | Debtor. | | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES. ITEMIZE. | | MERITON NETWORKS, (SHANGHAI) CO., LTD. | | UNKNOWN |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NONNEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | | MERITON NETWORKS CHINA $958,063.72 (NET INTERCOMPANY RECEIVABLE) AMT NOT COLLECTIBLE ENTITY IN LIQUIDATION | | $0.00 |
| 16. | | MERITON NETWORKS CANADA $1,097,483.77 (NET INTERCOMPANY RECEIVABLE) AMT NOT COLLECTIBLE ENTITY IN LIQUIDATION | | $0.00 |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWED TO DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE A – REAL PROPERTY. | X | | | |

B6B (Official Form 6B) (12/07)

| In re    Meriton Networks Inc. | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | | SEE ATTACHED SHEET | | UNKNOWN |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION (AS DEFINED IN 11 U.S.C. § 101(41A)) PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |

B6B (Official Form 6B) (12/07)

| In re | Meriton Networks Inc. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | x | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT, AND SUPPLIES USED IN BUSINESS. | x | | | |
| 30. INVENTORY. | x | | | |
| 31. ANIMALS. | x | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | x | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | x | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | x | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | x | | | |

Total $0.00

**Meriton Networks Inc.**
**Intellectual Property**

| Title | Application No. | Filing Date | Patent No. |
|---|---|---|---|
| METHOD AND APPARATUS FOR TRANSFERRING WDM SIGNALS BETWEEN DIFFERENT WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATIONS SYSTEMS IN AN OPTICALLY TRANSPARENT MANNER | 12/259,946 | 3/15/2002 | |
| METHOD AND APPARATUS FOR PROVIDING MULTIPLE OPTICAL CHANNEL PROTECTION SWITCHING MECHANISMS IN OPTICAL RINGS | 10/373,594 | 2/25/2003 | |
| RECONFIGURABLE OPTICAL SWITCH | 10/870,326 | 6/17/2004 | |
| METHOD AND APPARATUS FOR AUTOMATIC PORT INTERCONNECTION DISCOVERY IN AN OPTICAL NETWORK | 09/908,459 | 7/18/2001 | |
| OPTICAL AUTOMATIC PROTECTION SWITCHING MECHANISM FOR OPTICAL CHANNEL SHARED PROTECTION RINGS | 11/866,363 | 10/2/2007 | |
| MULTI-BAND ARCHITECTURE FOR DWDM RINGS | 11/128,393 | 5/13/2005 | |
| AUTOMATIC | 10/522,201 | 2/16/2006 | |

| Title | Application No. | Filing Date | Patent No. |
|---|---|---|---|
| DETECTION AND RESOLUTION OF FIBER CABLING ERRORS IN OPTICAL NETWORKS | | | |
| METHOD AND APPARATUS FOR PROVISIONING WAVELENGTHS IN AN OPTICAL RING | 10/268,066 | 10/9/2002 | |
| GENERIC OPTICAL ROUTING INFORMATION BASE SUPPORT | 10/087,788 | 3/5/2002 | 6,947,669 |
| METHOD AND APPARATUS FOR INTERCONNECTING A PLURALITY OF OPTICAL TRANSDUCERS WITH A WAVELENGTH DIVISION MULTIPLEXED OPTICAL SWITCH | 10/099,890 | 3/15/2002 | |
| METHOD AND APPARATUS FOR ALLEVIATING TRAFFIC CONGESTION IN A COMPUTER NETWORK | 09/879,844 | 6/12/2001 | 6,985,443 |
| OPTICAL AMPLIFIER HAVING AUTOMATIC GAIN CONTROL WITH IMPROVED PERFORMANCE | 09/925,838 | 8/8/2001 | 6,989,923 |
| WAVELENGTH AND PATH ASSIGNMENT IN WAVELENGTH DIVISION MULTIPLEXED RING NETWORKS | 10/038,880 | 12/31/2001 | 7,088,920 |
| MODULAR ALL-OPTICAL CROSS-CONNECT | 10/098,746 | 3/15/2002 | 6,614,953 |
| OPTICAL AUTOMATIC | 10/199,999 | 7/19/2002 | 7,269,346 |

| Title | Application No. | Filing Date | Patent No. |
|---|---|---|---|
| PROTECTION SWITCHING MECHANISM FOR OPTICAL CHANNEL SHARED PROTECTION RINGS | | | |
| OPTICAL AUTOMATIC PROTECTION SWITCHING MECHANISM FOR OPTICAL CHANNEL SHARED PROTECTION RINGS | 10/200,066 | 7/19/2002 | 7,277,631 |
| RECONFIGURABLE OPTICAL SWITCH | 09/571,833 | 5/16/2000 | 6,631,222 |
| METHOD OF MOUNTING A BUTTERFLY PACKAGE ON A PCB | 10/445,343 | 5/27/2003 | 6,823,586 |
| MODULAR ALL-OPTICAL CROSS-CONNECT | 10/632,670 | 8/1/2003 | 7,469,080 |
| METHOD AND APPARATUS FOR PROVIDING GAIN EQUALIZATION TO AN OPTICAL SIGNAL IN AN OPTICAL COMMUNICATION SYSTEM | 10/099,891 | 3/15/2002 | |
| WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATION SYSTEM HAVING A RECONFIGURABLE OPTICAL SWITCH AND A TUNABLE BACKUP LASER TRANSMITTER | 10/099,561 | 3/15/2002 | |
| METHOD AND APPARATUS FOR ALLEVIATING SLOPE-INDUCED IMPAIRMENTS TO CHIRPED OPTICAL | 10/238,985 | 9/10/2002 | |

| Title | Application No. | Filing Date | Patent No. |
|---|---|---|---|
| SIGNALS PROPAGATING IN AN OPTICAL TRANSMISSION SYSTEM | | | |
| OPTICAL AUTOMATIC PROTECTION SWITCHING MECHANISM FOR OPTICAL CHANNEL SHARED PROTECTION RINGS | 11/900,318 | 9/10/2007 | |
| MODULAR ALL-OPTICAL CROSS-CONNECT | 12/343,422 | 12/23/2008 | |
| OPTICAL WDM TRANSMISSION SYSTEM HAVING A DISTRIBUTED ARRANGEMENT OF REGENERATORS | 10/831,963 | 4/26/2004 | |
| WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATION SYSTEM HAVING A RECONFIGURABLE OPTICAL SWITCH AND A TUNABLE BACKUP LASER TRANSMITTER | 02806669.3 | 3/15/2002 | |
| WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATION SYSTEM HAVING A RECONFIGURABLE OPTICAL SWITCH AND A TUNABLE BACKUP LASER TRANSMITTER | 10-2003-7012088 | 3/15/2002 | |
| WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATION SYSTEM HAVING A | 2,441,343 | 3/15/2002 | |

| Title | Application No. | Filing Date | Patent No. |
|---|---|---|---|
| RECONFIGURABLE OPTICAL SWITCH AND A TUNABLE BACKUP LASER TRANSMITTER | | | |
| METHOD AND APPARATUS FOR INTERCONNECTING A PLURALITY OF OPTICAL TRANSDUCERS WITH A WAVELENGTH DIVISION MULTIPLEXED OPTICAL SWITCH | 2,441,059 | 3/15/2002 | |
| MODULAR ALL-OPTICAL CROSS-CONNECT | 2,441,303 | 3/15/2002 | |
| METHOD AND APPARATUS FOR TRANSFERRING WDM SIGNALS BETWEEN DIFFERENT WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATIONS SYSTEMS IN AN OPTICALLY TRANSPARENT MANNER | 2,441,045 | 3/15/2002 | |
| WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATION SYSTEM HAVING A RECONFIGURABLE OPTICAL SWITCH AND A TUNABLE BACKUP LASER TRANSMITTER | 02726642.8 | 3/15/2002 | |
| METHOD AND APPARATUS FOR INTERCONNECTING A PLURALITY OF OPTICAL TRANSDUCERS WITH A WAVELENGTH DIVISION MULTIPLEXED | 02723486.3 | 3/15/2002 | |

| Title | Application No. | Filing Date | Patent No. |
|---|---|---|---|
| OPTICAL SWITCH | | | |
| MODULAR ALL-OPTICAL CROSS-CONNECT | 02725180.0 | 3/15/2002 | |
| METHOD AND APPARATUS FOR TRANSFERRING WDM SIGNALS BETWEEN DIFFERENT WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATIONS SYSTEMS IN AN OPTICALLY TRANSPARENT MANNER | 02725215.4 | 3/15/2002 | |
| WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATION SYSTEM HAVING A RECONFIGURABLE OPTICAL SWITCH AND A TUNABLE BACKUP LASER TRANSMITTER | 2002-574293 | 3/15/2002 | |
| METHOD AND APPARATUS FOR INTERCONNECTING A PLURALITY OF OPTICAL TRANSDUCERS WITH A WAVELENGTH DIVISION MULTIPLEXED OPTICAL SWITCH | 10-2003-7012107 | 3/15/2002 | |
| MODULAR ALL-OPTICAL CROSS-CONNECT | 10-2003-7012102 | 3/15/2002 | |
| METHOD AND APPARATUS FOR INTERCONNECTING A PLURALITY OF OPTICAL TRANSDUCERS WITH A WAVELENGTH | 02806703.7 | 3/15/2002 | |

| Title | Application No. | Filing Date | Patent No. |
|---|---|---|---|
| DIVISION MULTIPLEXED OPTICAL SWITCH | | | |
| METHOD AND APPARATUS FOR TRANSFERRING WDM SIGNALS BETWEEN DIFFERENT WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATIONS SYSTEMS IN AN OPTICALLY TRANSPARENT MANNER | 02806670.7 | 3/15/2002 | |
| WAVELENGTH DIVISION MULTIPLEXED OPTICAL COMMUNICATION SYSTEM HAVING A RECONFIGURABLE OPTICAL SWITCH AND A TUNABLE BACKUP LASER TRANSMITTER | 2008-196825 | 7/30/2008 | |

**B6D (Official Form 6D) (12/07)**

| In re  **Meriton Networks Inc.** | Case No.: |
|---|---|
| Debtor. | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of **ACCOUNT NO.** _____ **HORIZON TECHNOLOGY FINANCE** **76 BATTERSON PARK RD** **FARMINGTON,CT 06032** | | | **VENTURE LOAN AND SECURITY AGREEMENT DATED 12/18/2006** **VALUE $2,386,476.53 (PRINCIPAL) PLUS ACCRUED INTEREST** | | | | $2,386,476.53 | UNKNOWN |

Total | | $2,386,476.53 | UNKNOWN |

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

| Subtotal (Total of this page) | $2,386,476.53 | $0.00 |

* Contingent, unliquidated and disputed with respect to status as secured creditor.

0 Continuation Sheets Attached

B6E (Official Form 6E) (04/10)

---

**Meriton Networks, Inc.**
_____                    _____
**Debtor**                                                          **Case No. (If known)**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent of guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  _(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)_

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independedent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans.**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the creation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Page 1 of 1

B6F (Official Form 6F) (12/07)

**Meriton Networks, Inc.**
_____     _____
Debtor                                                                                                    Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a "minor child" is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on the page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EXPORT DEVELOPMENT CANADA<br>151 O'CONNOR<br>OTTAWA, ON K1A 1K3 | | | SETTLEMENT AGREEMENT<br>JANUARY, 2009 | | | | $350,000.00 |
| ACCOUNT NO.<br>SANMINA - SCI CORPORATION<br>C/O DYKEMA GOSSETT LLP<br>333 SOUTH GRAND AVE<br>SUITE 2100<br>LOS ANGELES, CA 90071 | | | CASE NO. 1-10-CV-183495 BREACH OF CONTRACT<br>SILICON VALLEY - SANTA CLARA COUNTY SUPERIOR COURT | X | X | X | UNKNOWN |
| | | | Total | | | | $350,000.00 |

Page 1 of 1

Subtotal
(Total of this page)          $350,000.00

B6G (Official Form 6G) (12/07)

**Meriton Networks, Inc.**
_____          _____
**Debtor**                                                                  **Case No. (If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **NONE** | |

Page 1 of 1

**B6H (Official Form 6H) (12/07)**

**Meriton Networks Inc.**
_____                    _____
**Debtor**                                                                                                    **Case No. (If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MERITON NETWORKS CANADA, INC<br>500 WEST BETHANY DR.<br>SUITE 100<br>ALLEN, TX 75013 | EXPORT DEVELOPMENT CANADA<br>151 O'CONNOR ST.<br>OTTAWA, ON K1A 1K3<br>CANADA |
| MERITON NETWORKS CANADA, INC<br>500 WEST BETHANY DR.<br>SUITE 100<br>ALLEN, TX 75013 | HORIZON TECHNOLOGY FINANCE<br>76 BATTERSON PARK RD<br>FARMINGTON, CT 06032 |
| MERITON NETWORKS US INC.<br>500 WEST BETHANY DR.<br>SUITE 100<br>ALLEN, TX 75013 | HORIZON TECHNOLOGY FINANCE<br>76 BATTERSON PARK RD<br>FARMINGTON, CT 06032 |
| XTERA COMMUNICATIONS, INC.<br>500 WEST BETHANY DR.<br>SUITE 100<br>ALLEN, TX 75013 | HORIZON TECHNOLOGY FINANCE<br>76 BATTERSON PARK RD<br>FARMINGTON, CT 06032 |